UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 2:23-CR-138 |
| | ) | 2:23-CR-58 |
| vs. | ) | |
| TIMOTHY K. HONEYCUTT, JR., | ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION

Pursuant to 28 U.S.C. § 636(b), I conducted a plea hearing in this case on December 4, 2023. At the hearing, I first provided Defendant with an initial appearance on the Information that had been filed. Defendant waived his right to prosecution by indictment and consented to proceeding via an Information rather than indictment. He then entered a plea of guilty to the one-count Bill of Information pursuant to a written plea agreement.[1]

I find that Defendant knowingly and voluntarily waived both his right to prosecution by indictment and to have a change of plea hearing before the district judge, instead consenting for the magistrate judge to hold the hearing. On the basis of the record made at the hearing, I find Defendant is capable and competent to enter an informed plea; the plea is made knowingly and with full understanding of each of the rights he waived by entering a guilty plea; the plea is made voluntarily and free from any force, threats, or promises; apart from the promises in the plea agreement; Defendant

---

[1] A copy of the plea agreement was entered into ECF in both Defendant's original Indictment case [Case No. 2:23-CR-58] and his Information case [Case No. 2:23-CR-138]. In the plea agreement, the government agrees to move at the time of sentencing to dismiss the Indictment in Case No. 2:23-CR-58. While a plea agreement is typically not entered in both cases, because it was in this instance, the Court is issuing this Report and Recommendation in both cases for clarity of the record.

understands the nature of the charge and penalties provided by law; and the plea has a sufficient basis in fact.

For these reasons, I **RECOMMEND** that Defendant's plea of guilty to the Bill of Information be accepted and that the Court adjudicate Defendant guilty of the charge set forth in the Bill of Information. I further **RECOMMEND** that the decision of whether to accept the plea agreement be deferred until sentencing. Finally, I **RECOMMEND** that Defendant remain in custody pending sentencing in this matter. The parties have been advised that acceptance of the plea, adjudication of guilt, and imposition of sentence are specifically reserved for the district judge.

Respectfully submitted,

/s/Cynthia Richardson Wyrick
United States Magistrate Judge

## NOTICE TO PARTIES

You have the right to *de novo* review of the foregoing findings by the district judge. Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than **Friday, December 22, 2023**. Failure to file objections within this timeframe constitutes a waiver of any further right to challenge the plea of guilty in this matter. *See* 28 U.S.C. § 636(b). Any objection should be filed in both cases referenced above.