UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | Nos.  2:23-CR-00138-JRG-CRW |
| v. | ) |        2:23-CR-00058-JRG-CRW |
| | ) | |
| | ) | |
| TIMOTHY K. HONEYCUTT, JR. | ) | |

## ORDER

This matter is before the Court on United States Magistrate Judge Cynthia R. Wyrick's Report and Recommendation [Case No. 2:23-CR-138, Doc. 10; Case No. 2:23-CR-58, Doc. 26][1]. Judge Wyrick recommends that the Court accept Defendant's guilty plea to the charge in Count One of the Bill of Information [Case No. 2:23-CR-138, Doc. 1] and adjudge him guilty of that charge. Neither party has timely objected to the Report and Recommendation. *See* 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59(b).

Having reviewed the record, the Court agrees with Judge Wyrick's recommendation. The Court therefore **ACCEPTS IN WHOLE** the Report and Recommendation under 28 U.S.C. § 636(b)(1) and Federal Rule of Criminal Procedure 59(b). For the reasons in the Report and Recommendation, which the Court adopts and incorporates into this Order, the Court **ACCEPTS** Defendant's guilty plea, and Defendant is hereby **ADJUDGED** guilty of the charge in Count One of the Bill of Information. The Court will defer a decision as to whether to accept or reject the Plea Agreement until after it has received a presentence investigation report from the United States Probation Office. Defendant **SHALL** remain in custody pending his sentencing hearing.

So ordered.

---

[1] Defendant's Plea Agreement was entered into ECF in both his original Indictment case [Case No. 2:23-CR-58] and his Information case [Case No. 2:23-CR-138]. Hence, for the sake of clarity, the Report and Recommendation has been entered into ECF in both of those cases. The United States has agreed to dismiss the Indictment in Case No. 2:23-CR-58 at the time of sentencing. [*See* Case No. 2:23-CR-138, Doc. 2].

ENTER:

s/J. RONNIE GREER<br>UNITED STATES DISTRICT JUDGE